**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 315 MAL 2022

           Respondent                :

                                        :   Petition for Allowance of Appeal

                                        :   from the Order of the Superior Court

           v.                        :

                                        :

ALAN ORTIZ,                                :

                    Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.